1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT TACOMA**

|  |  |
|---|---|
| **BRYAN ANDREWS,**<br><br>      Plaintiff,<br><br>           vs.<br><br>**ACCOUNTS RECEIVABLE INC.,**<br><br>      Defendant. | ) Case No.: 3:16-cv-5646<br>)<br>) **COMPLAINT;**<br>)<br>) FAIR DEBT COLLECTION PRACTICES<br>) ACT (15 U.S.C. § 1692a, *et seq.*);<br>)<br>) DEMAND FOR JURY TRIAL<br>)<br>)<br>)<br>)<br>) |

## I.  INTRODUCTION

1.      This is an action for damages brought by an individual consumer for Defendant's

violations of the federal Fair Debt Collection Practices Act, 15 U.S.C. § 1692, *et seq.* (hereinafter

"FDCPA").

## II.  JURISDICTION

2.      Plaintiff's claim for violations of the FDCPA arises under 15 U.S.C. § 1692k(d),

and therefore involves a "federal question" pursuant to 28 U.S.C. § 1331.

## III.  PARTIES

3.      Plaintiff, Bryan Andrews ("Plaintiff"), is a natural person residing in Clark County,

Washington.

COMPLAINT
Case No.

Trigsted Law Group, P.C.
5200 SW Meadows Rd., Ste. 150
Lake Oswego, OR 97035
(888)595-9111x216

4.      Defendant, Accounts Receivable, Inc. ("Defendant"), is a corporation engaged in the business of collecting debts by use of the mails and telephone.  Defendant regularly attempts to collect debts alleged due another.

### IV.  FACTUAL ALLEGATIONS

5.      Defendant is a "debt collector" as defined by the FDCPA, 15 U.S.C. § 1692a(6).

6.      Plaintiff is a "consumer" as defined by the FDCPA, 15 U.S.C. § 1692a(3).

7.      All activities of Defendant set out herein were undertaken in connection with the collection of a "debt," as defined by 15 U.S.C. § 1692a(5).

8.      Within the last year, Defendant took multiple actions in an attempt to collect a debt from Plaintiff. Defendant's conduct violated the FDCPA in multiple ways, including the following.

9.      Failing to effectively convey the disclosures required by 15 USC 1692g(a) within 5 days of the initial communication with Plaintiff, including failing to accurate state the amount of the debt by failing to indicate the applicable interest rate (15 USC 1692g(a));

10.     Using false representations or deceptive practices in connection with collection of a debt, including representing that the debt had not "gone into collection" yet, contradicting Defendant's required disclosure that it is a debt collector (§ 1692e(10)).

11.     As a result of the aforementioned violations, Plaintiff suffered and continues to suffer injuries to Plaintiff's feelings, personal humiliation, embarrassment, mental anguish and severe emotional distress.

12.     Defendant intended to cause, by means of the actions detailed above, injuries to Plaintiff's feelings, personal humiliation, embarrassment, mental anguish and severe emotional distress.

13.     Defendant's actions, detailed above, were undertaken with extraordinary disregard

COMPLAINT
Case No.

Trigsted Law Group, P.C.
5200 SW Meadows Rd., Ste. 150
Lake Oswego, OR 97035
(888)595-9111x216

of, or indifference to, known or highly probable risks to purported debtors.

14.    To the extent Defendant's actions, detailed in paragraphs 8-15, were carried out by an employee of Defendant, that employee was acting within the scope of his or her employment.

### COUNT I: VIOLATION OF FAIR DEBT COLLECTION PRACTICES ACT

15.    Plaintiff reincorporates by reference all of the preceding paragraphs.

16.    The preceding paragraphs state a *prima facie* case for Plaintiff and against Defendant for violations of the FDCPA.

### PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully prays that judgment be entered against the Defendant for the following:

A.    Declaratory judgment that Defendant's conduct violated the FDCPA;

B.    Actual damages pursuant to 15 U.S.C. 1692k;

C.    Statutory damages pursuant to 15 U.S.C. § 1692k;

D.    Costs, disbursements and reasonable attorney's fees for all successful claims, and any unsuccessful claims arising out of the same transaction or occurrence as the successful claims, pursuant to 15 U.S.C. § 1692k; and,

E.    For such other and further relief as may be just and proper.

### PLAINTIFF HEREBY REQUESTS A TRIAL BY JURY

Dated this 21st day of July, 2016

By: s/Joshua Trigsted
Joshua Trigsted, WSBA#42917
Attorney for Plaintiff

COMPLAINT
Case No.

Trigsted Law Group, P.C.
5200 SW Meadows Rd., Ste. 150
Lake Oswego, OR 97035
(888)595-9111x216

3