# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| **BRYAN ANDREWS,** | Case No.: 3:16-cv-5646-BHS |
| Plaintiff, | **STIPULATED MOTION AND ORDER TO DISMISS CASE WITH PREJUDICE** |
| vs. | **NOTE ON MOTION CALENDAR: DECEMBER 9, 2016** |
| **ACCOUNTS RECEIVABLE INC.,** | |
| Defendant. | |

The parties in the above titled action have stipulated to dismiss this case with prejudice immediately, with each side to bear their own attorneys fees and costs.

Dated this 17th day of November, 2016.

___s/Joshua Trigsted_____
Joshua Trigsted
Trigsted Law Group, P.C.
5200 SW Meadows Rd., Ste. 150
Lake Oswego, OR  97035
**Attorney for the Plaintiff**

___s/Jeffrey I. Hasson_____
Mr. Jeffrey I. Hasson
Davenport & Hasson LLP
12707 NE Halsey Street
Portland OR 97230
**Attorney for the Defendant**

STIPULATED MOTION AND
ORDER OF DISMISSAL
Case No. 3:16-cv-5646-BHS

Trigsted Law Group, P.C.
5200 SW Meadows Rd, Ste 150
Lake Oswego, OR 97035
(888)595-9111x216

1